# United States District Court
## Southern District of Georgia

Favorite Healthcare Staffing, Inc.

_____
Plaintiff

v.

Tackl-It, LLC et al

_____
Defendant

Case No. 4:21-cv-00285-WTM-CLR

Appearing on behalf of

Plaintiff, Favorite Healthcare Staffing, Inc
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of October, 2021.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: David J. Noonan, Esq.

Business Address: Law Office of David J. Noonan, Esq.
Firm/Business Name

32 Tanglewood Rd.
Street Address

Amherst   MA   01002
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

413-549-5491                    Mass. # 373260
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: noonan@law-djn.com