UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FAVORITE HEALTHCARE
STAFFING, INC.,

    Plaintiff,

v.

TACKL-IT, LLC, CURTIS FAIRCLOTH,
KELLIE HUFF a.k.a KELLIE R. HETZEL,
and LAUREN HETZEL,

    Defendants.

Case No. 4:21-cv-00285-WTM-CLR
**Order on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint**

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore **ORDERED** that the Motion is granted. Defendants shall respond to Plaintiff's Complaint on or before January 5, 2022.[1]

**ORDERED** this 2nd day of December, 2021.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

---

[1] Before this extension of the response deadline to January 5, 2022, Defendants Curtis Faircloth, Kellie Huff, and Tackl-It, LLC had a response deadline of December 1, 2021. Doc. 18 at 2. Defendant Lauren Hetzel, however, had a deadline of February 1, 2022, since she waived service of the Complaint. *Id.* The Court notes that although it grants the Defendants' Motion for Extension of Time to January 5, 2022, this Order shortens Defendant Lauren Hetzel's time to respond to the Complaint. *See id.* at 1 (Lauren Hetzel is listed as one of the defendants moving the Court for a deadline of January 5, 2022).