UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FAVORITE HEALTHCARE STAFFING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV421-285 |
| TACKL-IT, LLC, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

The parties complied with the Court's Order to submit a Rule 26(f) Report. Doc. 5 at 1 (Court's Order); doc. 24 (Rule 26(f) Report). After the Court entered that Order, however, this case was reassigned to Judge Baker. *See* doc. 23 at 1, 5. Accordingly, the parties are **DIRECTED** to confer and submit a renewed Rule 26(f) Report using Judge Baker's form within 7 days from the date of entry of this Order. The Report shall conform to the language and format of the Form Rule 26(f) Report for use in Judge Baker cases located on the Court's website

www.gasd.uscourts.gov under "Forms." The parties must use that form to guide their discussion at their conference.

**SO ORDERED**, this 26th day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA