IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: CASE ASSIGNMENTS | MISC. NO.: 1:22-mc-12 |

### ORDER

Chief Judge Hall reassigned several cases from the Honorable William T. Moore, Jr. to the undersigned. (See doc. 1-1.) The Clerk of Court is **DIRECTED** to enter the undersigned's Rule 26 Instruction Order as well as a copy of this order in each of those cases. The Rule 26 Instruction Order provides instructions for conferring and submitting Rule 26(f) Reports. In any of the reassigned cases in which the Court has already entered a scheduling order, the parties are not required to submit a renewed Rule 26(f) Report. In any of the reassigned cases in which the Court has not entered a scheduling order, the parties are **DIRECTED** to comply with the Rule 26 Instruction Order's requirements for conferring and submitting a Rule 26(f) Report.

If any discovery disputes should arise in any of the reassigned cases, the parties must comply with the procedures contained in the "Resolution of Discovery Disputes" portion of the Rule 26 Instruction Order. Finally, the parties in each of the reassigned cases are **DIRECTED** to use the undersigned's forms, available on the Court's website at www.gasd.uscourts.gov/Judge-Baker-Civil-Cases for any applicable filings. The parties are not required to re-submit any previously-filed documents unless directed by the Court.

**SO ORDERED**, this 3rd day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA