UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FAVORITE HEALTHCARE
STAFFING, INC.

    Plaintiff,

v.                                                        Case No.
                                                       4:21-cv-00285-WTM-CLR

TACKL-IT, LLC, CURTIS FAIRCLOTH
KELLIE HUFF a.k.a KELLIE R. HETZEL
LAUREN HETZEL

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD AND TO AMEND SCHEDULING ORDER

Defendants, TACKL-IT, LLC, CURTIS FAIRCLOTH, KELLIE HUFF a.k.a KELLIE R. HETZEL and LAUREN HETZEL and Plaintiff, FAVORITE HEALTHCARE STAFFING, INC. (the "Parties"), by undersigned counsel, respectfully request that, pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the discovery period set forth in the Court's Scheduled Order (Doc 29) in the above-styled action be extended thirty (30) days. In support of this Motion, the Parties respectfully show the Court as follows:

1. Plaintiff filed this action on October 4, 2021.

2. Defendants filed an Answer on January 19, 2022.

3. The parties have been in settlement discussions, anticipate that these settlement discussions will continue, and desire to postpone the discovery period in this matter to facilitate further settlement discussions prior to incurring additional fees and costs.

4. This is the Parties' first request for an extension of the discovery period.

5. Given the above, the Parties request the Scheduling Order be amended with new deadlines for discovery as follows:

| Discovery | Original Deadline | Proposed New Deadline |
| --- | --- | --- |
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATIONS UNDER RULE 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | August 1, 2022 | August 31, 2022 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | September 30, 2022 | October 31, 2022 |
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | October 31, 2022 | November 30, 2022 |

| | | |
|---|---|---|
| DEFENDANT'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | November 30, 2022 | December 30, 2022 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | January 31, 2023 | March 2, 2023 |
| STATUS REPORT DUE | February 14, 2023 | March 16, 2023 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | February 28, 2023 | March 30, 2023 |

6. The parties represent that this Motion is made in good faith, is not made for the purpose of delay, and will not prejudice any party. The parties believe and represent that the requested extension is reasonable and necessary to allow the parties to develop a factual record and to conserve costs.

7. This Motion is timely made prior to the expiration of the existing discovery period.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court enter an Order extending the discovery period by 30 days, through and including August 31, 2022, and modifying the Scheduling Order accordingly.

Respectfully submitted this 26th day of July, 2022.

| | |
|---|---|
| /s/David J. Noonan<br>David J. Noonan, Esq.<br>32 Tanglewood Road<br>Amherst, MA 01002<br>(413) 549-5491<br>noonan@law-djn.com<br>Mass BBO # 373260<br>*Admitted Pro Hac Vice*<br><br>James W. Hays, Esq.<br>Hays Potter & Martin LLP<br>3945 Holcomb Bridge Rd, #300<br>Peachtree Corners, GA 30092<br>Tel: (770) 934-8858<br>Email: beau@hpmlawatl.com<br>GA # 340910<br><br>***Attorneys for Plaintiffs*** | */s/ Ian E. Smith*<br>Ian E. Smith<br>Georgia Bar No. 661492<br>Whitney M. DuPree, Esq.<br>Georgia Bar No. 880909<br>Spire Law, LLC<br>2572 W. State Road 426<br>Suite 2088<br>Oviedo, FL 32765<br>whitney@spirelawfirm.com<br>marcela@spirelawfirm.com<br>filings@spirelawfirm.com<br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Ian E. Smith*
> Attorney