IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FAVORITE HEALTHCARE STAFFING, INC., | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-285 |
| v. | |
| TACKL-IT, LLC; CURTIS FAIRCLOTH; KELLIE HUFF a.k.a. KELLIE R. HETZEL; and LAUREN HETZEL, | |
| Defendants. | |

**O R D E R**

Before the Court is a "Stipulation of Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for all Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, without an award of fees or costs to either party. (Doc. 37.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 22nd day of February, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA